# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK DAVID KAUFMAN,**
Appellant,

v.

**FRANSERLY COROMOTO GARCIA,**
Appellee.

No. 4D2024-2803

[April 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. 062016DR013212AXXXCE.

Mark David Kaufman, Plantation, pro se.

Franserly Coromoto Garcia, Boca Raton, pro se.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***